IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff, <br><br> v. <br><br> ZHEJIANG WEIDU GARMENT CO., LTD., et al., <br><br> Defendants. | Case No. 16-cv-07824 <br><br> **Judge Milton I. Shadur** <br><br> **Magistrate Judge Maria Valdez** |

**STIPULATION OF DISMISSAL OF DEFENDANT YOGEE-MALL WITH PREJUDICE**

Plaintiff Levi Strauss & Co. ("LS&Co.") and Defendant yogee-mall (hereinafter referred to as the "Parties") hereby stipulate to the dismissal with prejudice of Defendant yogee-mall pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear their own costs and attorneys' fees.

The Parties request that Defendant yogee-mall be immediately released and unbound from any orders previously issued by this Court. The Parties further request that the injunctions granted by the Court and/or "freezes" of the PayPal account related and/or associated with Defendant yogee-mall shall be withdrawn, released and/or "unfrozen".

1

Dated this 20th day of January 2017.  Respectfully submitted,

/s/ Justin R. Gaudio_____
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
kguynn@gbc.law
aziegler@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law

*Counsel for Plaintiff Levi Strauss & Co.*


/s/ Christina R. Spiezia_____
GORDON & REES LLP
Thomas G. Cronin (#6282701)
Christina R. Spiezia (#6316508)
One North Franklin, Suite 800
Chicago, Illinois 60606
Phone: (312) 565-1400
tcronin@gordonrees.com
cspiezia@gordonrees.com

Jeffrey Chengpang Wang (*pro hac vice*)
Paul N. Tauger (*pro hac vice*)
Kathleen E. Alparce (*pro hac vice*)
WHGC, P.L.C.
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Tel: (949) 833-8483
jeffreywang@WHGCLaw.com
paultauger@WHGCLaw.com
kathleenalparce@WGHCLaw.com

*Counsel for Defendant yogee-mall*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of January 2017, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of E-Filing" to the attorneys of record in this case.

/s/ Justin R. Gaudio
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
kguynn@gbc.law
aziegler@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law

*Counsel for Plaintiff Levi Strauss & Co.*